IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRUMAN COIN GROSS**
**ADC #135755**                                                                                                          **PLAINTIFF**

VS.                                          4:21-CV-00098-BRW-JJV

**FRINCH HILL, U.S. Congressman,** *et al.*                                        **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 24th day of March, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1