IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRUMAN COIN GROSS**
ADC #135755                                                                                          PLAINTIFF

VS.                                         4:21-CV-00098-BRW-JJV

**FRINCH HILL, U.S. Congressman,** *et al.*                                          DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ADJUDGED this 24th day of March, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1